UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Louise Duson,

    Plaintiff,

v.                                                Case No. 11-14078
                                                Honorable Nancy G. Edmunds

Nelnet Servicing, LLC.,

    Defendant,

_____/

ORDER OF DISMISSAL

The Court being notified that the parties have agreed to a settlement of the case;

Accordingly, the above-entitled action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**. However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.

                                         s/Nancy G. Edmunds
                                         Nancy G. Edmunds
                                         United States District Judge

Dated: January 30, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 30, 2012, by electronic and/or ordinary mail.

                                         s/Carol A. Hemeyer
                                         Case Manager